**Fill in this information to identify the case:**

Debtor 1: Claudia Jessica Caballero

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of TX (State)

Case number: 16-36566

# Form 4100R
## Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 2406 ___ ___ ___

**Property address:**
7827 Westington Ln
Number    Street

_____

Houston, TX 77040
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[✓] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____ MM/DD/YYYY

[✓] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 2,134.88

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ 265.12

c. **Total**. Add lines a and b.    (c) $ 1,869.76

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    03/01/2022    MM/DD/YYYY

| | | | |
|---|---|---|---|
| Debtor 1 | Claudia Jessica Caballero<br>First Name   Middle Name   Last Name | Case number (*if known*) | 16-36566 |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ☐ all payments received;
- ☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Chase Berger
Signature

Date 04/06/2022

Print: **Chase Berger**
First Name   Middle Name   Last Name

Title: **Authorized Agent**

Company: **Ghidotti Berger LLP**

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1920 Old Tustin Avenue
Number   Street

Santa Ana, CA 92705
City   State   ZIP Code

Contact phone (949) 427-2010

Email bknotifications@ghidottiberger.com

Form 4100R   Response to Notice of Final Cure Payment   page 2



| Loan# | |
|---|---|
| Borrower: | Gonzalez |
| Date Filed: | 12/28/2016 |
| BK Case # | 16-36566 |
| First Post Petition Due Date: | 1/1/2017 |
| POC covers: | |
| MOD EFFECTIVE DATE: | |

| | | PAYMENT CHANGES | | |
|---|---|---|---|---|
| DATE | P&I | Escrow | TOTAL | Reference |
| 01/01/17 | $604.02 | $559.67 | $1,163.69 | Payment listed in POC |
| 05/01/18 | $604.02 | $601.00 | $1,205.02 | NOPC filed with the court |
| 05/01/19 | $604.02 | $572.81 | $1,176.83 | NOPC filed with the court |
| 05/01/20 | $604.02 | $555.09 | $1,159.11 | NOPC filed with the court |
| 01/01/21 | $604.02 | $463.42 | $1,067.44 | NOPC filed with the court |
| 06/01/22 | 604.02 | 638.15 | 1,242.17 | NOPC filed with the court |
| | | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |

| Date | Amount Recvd | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance |
|---|---|---|---|---|---|---|---|---|
| Beginning Suspense Balance | | | | | $0.00 | | | $0.00 |
| 11/4/2017 | $2,327.38 | 1/1/17 | 11/1/15 | $1,163.69 | $1,163.69 | | | $0.00 |
| 11/4/2017 | | 2/1/17 | 12/1/15 | $1,163.69 | -$1,163.69 | | | $0.00 |
| 6/6/2017 | $2,327.38 | 3/1/17 | 1/1/16 | $1,163.69 | $1,163.69 | | | $0.00 |
| 6/6/2017 | | 4/1/17 | 2/1/16 | $1,163.69 | -$1,163.69 | | | $0.00 |
| 7/11/2017 | $2,327.38 | 5/1/17 | 3/1/16 | $1,163.69 | $1,163.69 | | | $0.00 |
| 7/11/2017 | | 6/1/17 | 4/1/16 | $1,163.69 | -$1,163.69 | | | $0.00 |
| 9/11/2017 | $2,327.38 | 7/1/17 | 5/1/16 | $1,163.69 | $1,163.69 | | | $0.00 |
| 9/11/2017 | | 8/1/17 | 6/1/16 | $1,163.69 | -$1,163.69 | | | $0.00 |
| 10/11/2017 | $1,163.69 | 9/1/17 | 7/1/16 | $1,163.69 | $0.00 | | | $0.00 |
| 11/8/2017 | $2,327.38 | 10/1/17 | 8/1/16 | $1,163.69 | $1,163.69 | | | $0.00 |
| 11/8/2017 | | 11/1/17 | 9/1/16 | $1,163.69 | -$1,163.69 | | | $0.00 |
| 12/11/2017 | $1,163.69 | 12/1/17 | 10/1/16 | $1,163.69 | $0.00 | | | $0.00 |
| 1/8/2018 | $1,163.69 | 1/1/18 | 11/1/16 | $1,163.69 | $0.00 | | | $0.00 |
| 2/12/2018 | $1,163.69 | 2/1/18 | 12/1/16 | $1,163.69 | $0.00 | | | $0.00 |
| 4/10/2018 | $1,163.69 | 3/1/18 | 1/1/17 | $1,163.69 | $0.00 | | | $0.00 |
| 5/11/2018 | $1,163.69 | 4/1/18 | 2/1/17 | $1,163.69 | $0.00 | | | $0.00 |
| 6/12/2018 | $2,410.04 | 5/1/18 | 3/1/17 | $1,205.02 | $1,205.02 | | | $0.00 |
| 6/12/2018 | | 6/1/18 | 4/1/17 | $1,205.02 | -$1,205.02 | | | $0.00 |
| 6/12/2018 | $742.75 | Trustee payment | | | $742.75 | | | $0.00 |
| 8/10/2018 | $1,205.02 | 7/1/18 | 5/1/17 | $1,205.02 | $0.00 | | | $0.00 |
| 9/10/2018 | $1,205.02 | 8/1/18 | 6/1/17 | $1,205.02 | $0.00 | | | $0.00 |
| 10/9/2018 | $1,205.02 | 9/1/18 | 7/1/17 | $1,205.02 | $0.00 | | | $0.00 |
| 12/11/2018 | $3,615.06 | 10/1/18 | 8/1/17 | $1,205.02 | $2,410.04 | | | $0.00 |
| 12/11/2018 | | 11/1/18 | 9/1/17 | $1,205.02 | -$1,205.02 | | | $0.00 |
| 12/11/2018 | | 12/1/18 | 10/1/17 | $1,205.02 | -$1,205.02 | | | $0.00 |
| 12/11/2018 | $1,074.09 | Trustee payment | | | $1,074.09 | | | $0.00 |
| 12/12/2018 | | prepetition applied | 11/1/17 | | $0.00 | | | $0.00 |
| 2/11/2019 | $1,205.02 | 1/1/19 | 12/1/17 | $1,205.02 | $0.00 | | | $0.00 |
| 3/11/2019 | $1,205.02 | 2/1/19 | 1/1/18 | $1,205.02 | $0.00 | | | $0.00 |
| 4/5/2019 | $2,410.04 | 3/1/19 | 2/1/18 | $1,205.02 | $1,205.02 | | | $0.00 |
| 4/5/2019 | | 4/1/19 | 3/1/18 | $1,205.02 | -$1,205.02 | | | $0.00 |
| 4/5/2019 | $1,822.90 | Trustee payment | | | $1,822.90 | | | $0.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4/8/2019 | | prepetition applied | 4/1/18 | | $0.00 | | | $0.00 |
| 4/9/2019 | | prepetition applied | 5/1/18 | | $0.00 | | | $0.00 |
| 6/7/2019 | $2,353.66 | | | | $2,353.66 | | | $0.00 |
| 6/7/2019 | $41.40 | Trustee payment | | | $41.40 | | | $0.00 |
| 6/10/2019 | | 5/1/19 | 6/1/18 | $1,176.83 | -$1,176.83 | | | $0.00 |
| 6/11/2019 | | 6/1/19 | 7/1/18 | $1,176.83 | -$1,176.83 | | | $0.00 |
| 9/10/2019 | $3,530.49 | | | | $3,530.49 | | | $0.00 |
| 9/10/2019 | $3,858.73 | Trustee payment | | | $3,858.73 | | | $0.00 |
| 9/11/2019 | | 7/1/19 | 8/1/18 | $1,176.83 | -$1,176.83 | | | $0.00 |
| 9/13/2019 | | 8/1/19 | 9/1/18 | $1,176.83 | -$1,176.83 | | | $0.00 |
| 9/13/2019 | | 9/1/19 | 10/1/18 | $1,176.83 | -$1,176.83 | | | $0.00 |
| 9/13/2019 | | prepetition applied | 11/1/18 | | $0.00 | | | $0.00 |
| 9/13/2019 | | prepetition applied | 12/1/18 | | $0.00 | | | $0.00 |
| 9/13/2019 | | prepetition applied | 1/1/19 | | $0.00 | | | $0.00 |
| | | prepetition applied | 2/1/19 | | $0.00 | | | $0.00 |
| 1/8/2020 | $4,707.32 | | | | $4,707.32 | | | $0.00 |
| 1/8/2020 | $196.06 | Trustee payment | | | $196.06 | | | $0.00 |
| 1/9/2020 | | 10/1/19 | 3/1/19 | $1,176.83 | -$1,176.83 | | | $0.00 |
| 1/10/2020 | | 11/1/19 | 4/1/19 | $1,176.83 | -$1,176.83 | | | $0.00 |
| 1/13/2020 | | 12/1/19 | 5/1/19 | $1,176.83 | -$1,176.83 | | | $0.00 |
| 1/14/2020 | | 1/1/20 | 6/1/19 | $1,176.83 | -$1,176.83 | | | $0.00 |
| 4/8/2020 | $3,530.49 | 2/1/20 | 7/1/19 | $1,176.83 | $2,353.66 | | | $0.00 |
| 4/8/2020 | | 3/1/20 | 8/1/19 | $1,176.83 | -$1,176.83 | | | $0.00 |
| 4/8/2020 | | 4/1/20 | 9/1/19 | $1,176.83 | -$1,176.83 | | | $0.00 |
| 4/8/2020 | $1,385.39 | Trustee payment | | | $1,385.39 | | | $0.00 |
| 4/9/2020 | | prepetition applied | 10/1/19 | | $0.00 | | | $0.00 |
| 5/6/2020 | $1,159.11 | | | | $1,159.11 | | | $0.00 |
| 5/6/2020 | $180.15 | Trustee payment | | | $180.15 | | | $0.00 |
| 5/7/2020 | | 5/1/20 | 11/1/19 | $1,159.11 | -$1,159.11 | | | $0.00 |
| 7/9/2020 | $1,159.11 | | | | $1,159.11 | | | $0.00 |
| 7/10/2020 | | 6/1/20 | 12/1/19 | $1,159.11 | -$1,159.11 | | | $0.00 |
| 8/11/2020 | $1,159.11 | | | | $1,159.11 | | | $0.00 |
| 8/12/2020 | | 7/1/20 | 1/1/20 | $1,159.11 | -$1,159.11 | | | $0.00 |
| 9/8/2020 | $1,159.11 | | | | $1,159.11 | | | $0.00 |
| 9/9/2020 | | 8/1/20 | 2/1/20 | $1,159.11 | -$1,159.11 | | | $0.00 |
| 10/7/2020 | $2,318.22 | | | | $2,318.22 | | | $0.00 |
| 10/7/2020 | $5,503.65 | Trustee payment | | | $5,503.65 | | | $0.00 |
| 10/8/2020 | | 9/1/20 | 3/1/20 | $1,159.11 | -$1,159.11 | | | $0.00 |
| 10/9/2020 | | 10/1/20 | 4/1/20 | $1,159.11 | -$1,159.11 | | | $0.00 |
| 10/13/2020 | | 11/1/20 | 5/1/20 | $1,159.11 | -$1,159.11 | | | $0.00 |
| 10/14/2020 | | prepetition applied | 6/1/20 | | $0.00 | | | $0.00 |
| 10/15/2020 | | prepetition applied | 7/1/20 | | $0.00 | | | $0.00 |
| 10/16/2020 | | prepetition applied | 8/1/20 | | $0.00 | | | $0.00 |
| 10/19/2020 | | prepetition applied | 9/1/20 | | $0.00 | | | $0.00 |
| 1/19/2021 | $2,318.22 | 12/1/20 | 10/1/20 | $1,159.11 | $1,159.11 | | | $0.00 |
| 1/19/2021 | | 1/1/21 | 11/1/20 | $1,067.44 | -$1,067.44 | | | $0.00 |
| 2/10/2021 | $1,067.44 | | | | $1,067.44 | | | $0.00 |
| 4/9/2021 | $3,202.32 | 2/1/21 | 12/1/20 | $1,067.44 | $2,134.88 | | | $0.00 |
| 4/9/2021 | | 3/1/21 | 1/1/21 | $1,067.44 | -$1,067.44 | | | $0.00 |

| Date 1 | Amount 1 | Desc/Date | Date 2 | Amount 2 | Amount 3 | Amount 4 | Amount 5 | Balance |
|---|---|---|---|---|---|---|---|---|
| 4/9/2021 | | 4/1/21 | 2/1/21 | $1,067.44 | -$1,067.44 | | | $0.00 |
| 4/9/2021 | $1,675.12 | Trustee payment | | | $1,675.12 | | | $0.00 |
| 4/12/2021 | | prepetition applied | 3/1/21 | | $0.00 | | | $0.00 |
| | | prepetition applied | 4/1/21 | | $0.00 | | | $0.00 |
| 4/12/2021 | | escrow | | | $0.00 | | | $0.00 |
| 4/14/2021 | | POC fees | | | $0.00 | | | $0.00 |
| 5/7/2021 | $1,067.44 | 5/1/21 | 5/1/21 | $1,067.44 | $0.00 | | | $0.00 |
| 5/7/2021 | $344.06 | tr pmt | | | $344.06 | | | $0.00 |
| 7/8/2021 | $2,134.88 | 6/1/21 | 6/1/21 | $1,067.44 | $1,067.44 | $1,067.44 | | $1,067.44 |
| 7/8/2021 | | 7/1/21 | 7/1/21 | $1,067.44 | -$1,067.44 | | $1,067.44 | $0.00 |
| 7/8/2021 | $499.92 | tr pmt | | | $499.92 | | | $0.00 |
| 9/8/2021 | $1,067.44 | 8/1/21 | 8/1/21 | $1,067.44 | $0.00 | | | $0.00 |
| 9/8/2021 | $185.28 | tr pmt | | | $185.28 | | | $0.00 |
| 10/6/2021 | $2,134.88 | 9/1/21 | 9/1/21 | $1,067.44 | $1,067.44 | $1,067.44 | | $1,067.44 |
| 10/6/2021 | | 10/1/21 | 10/1/21 | $1,067.44 | -$1,067.44 | | $1,067.44 | $0.00 |
| 10/6/2021 | $185.28 | tr pmt | | | $185.28 | | | $0.00 |
| 1/12/2022 | $2,134.88 | 11/1/21 | 11/1/21 | $1,067.44 | $1,067.44 | $1,067.44 | | $1,067.44 |
| 1/12/2022 | | 12/1/21 | 12/1/21 | $1,067.44 | -$1,067.44 | | $1,067.44 | $0.00 |
| 1/12/2022 | $1,149.80 | tr pmt | | | $1,149.80 | | | $0.00 |
| 2/1/2022 | $1,200.00 | 1/1/22 | 1/1/22 | $1,067.44 | $132.56 | $132.56 | | $132.56 |
| 2/1/2022 | $1,679.09 | tr pmt | | | $1,679.09 | | | $132.56 |
| 3/10/2022 | $592.97 | tr pmt | | | $592.97 | | | $132.56 |
| 4/1/2022 | $1,200.00 | 2/1/22 | 2/1/22 | $1,067.44 | $132.56 | $132.56 | | $265.12 |
| | | | | | $0.00 | | | $265.12 |
| DUE | | 3/1/22 | | $1,067.44 | -$1,067.44 | | | $265.12 |
| DUE | | 4/1/22 | | $1,067.44 | -$1,067.44 | | | $265.12 |

## CERTIFICATE OF SERVICE

On April 6, 2022, I served the foregoing documents described as Response to Notice of Final Cure Payment on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Alex Olmedo Acosta
alex@theacostalawfirm.com

US TRUSTEE
USTPRegion07.HU.ECF@USDOJ.GOV

CHAPTER 13 Trustee
David G Peake
court@peakech13trustee.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Michaela Rice
Michaela Rice


On April 6, 2022, I served the foregoing documents described as Response to Notice of Final Cure Payment on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Claudia Jessica Caballero
7827 Westington Ln.
Houston, TX 77040

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Michaela Rice
Michaela Rice